

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2025

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

July 21, 2025

**SENT VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Request **GRANTED**.
> Pursuant to the Criminal Justice Act, Attorney David Bertan is hereby appointed as co-counsel for Defendant Kareem Smith at the rates specified below.
>
> **SO ORDERED.**
> 7/24/2025
> _____        _____
>      DATE                    VICTOR MARRERO, U.S.D.J.

*Re: U.S. v. Kareem Smith, 21 Cr. 93 (VM)*

Your Honor:

      I was appointed to represent Kareem Smith in the above-referenced matter and pursuant to the Criminal Justice Act (CJA). I write to respectfully request the Court appoint David Bertan as co-counsel to assist me with Mr. Smith's defense in this matter.

      This case involves twenty-seven (27) defendants and nine (9) superseding indictments. The government charged the defendants with RICO and related offenses, which allege a gang affiliation known as the "Valentine Crew," that operated over the course of approximately 22 years (1993-2025). Additionally, two of the defendants are facing death eligible charges and pending authorization and/or a no seek by the Department of Justice (DOJ).

      Further, due to the nature of the case, number of defendants, and volume of discovery, this Honorable Court granted the appointment of a coordinating discovery attorney (CDA). Thus far, the government produced complicated and extensive Rule 16 discovery, including numerous cellphone records, multiple videos recordings, search warrants, affidavits, and returns, death investigation and autopsy reports, and statements by some defendants during interrogations by law enforcement. The production of discovery is ongoing and we expect the government to produce additional voluminous discovery in the near future.

      Mr. Bertan and I have worked together on multiple cases and I expect that Mr. Bertan's experience will substantially assist in providing the best defense team to Mr. Smith at trial. I further request that Mr. Bertan receive the standard CJA rate of $175 for appointed counsel as he has been a member of the SDNY Panel for over 10 years.

                                               Respectfully submitted,

                                               s/ Jacqueline E. Cistaro

SO ORDERED    _____
                         Honorable Victor Marrero, U.S.D.J.