USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/20/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

KAREEM SMITH,

              Defendant.

---

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a change of counsel hearing in the above-captioned matter for May 29, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:    20 May 2026
        New York, New York

                    Victor Marrero
                    U.S.D.J.